# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAWOOD MOHAMED

VERSUS

CITY OF BATON ROUGE/PARISH
OF EAST BATON ROUGE AND
JEANNE INGALLS, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF DAVID INGALLS

NO.  2025 CW 0010

**JANUARY 8, 2025**

---

In Re:    City of Baton Rouge/Parish of East Baton Rouge, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 710833.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

**MOTION TO STAY PROCEEDINGS NOT CONSIDERED.** A stay request is generally not considered by this court when an application for writs has not been filed. See Rule 4-4 of the Uniform Rules of Louisiana Courts of Appeal.

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT